fore, the "real suspicion" test is not applicable and this search comes well within the regular border search standard.

The Customs officer noticed Shorter's suspicious behavior in the baggage inspection line. His heavy clothing was unusual for the warm climate. The bulge, or irregularity, in his shirt at the waist line was also a legally sufficient basis for requiring the search.

The contention that the trial court erred in denying Shorter statistical information concerning other Customs searches at the Honolulu International Airport is without merit. Shorter cited no relevant authority nor did he make any showing that the information sought was relevant in any manner to the trial or that the denial of his motion for subpoena duces tecum prejudiced him.

Appellant's argument concerning the Special Agent's failure to give him the *Miranda* warnings is without merit. Shorter's exclamation (i. e., "You got me") did not lead to the search; the unnatural fold in Shorter's shirt, his heavy perspiration, his nervous actions and his unusually heavy dress were the suspicious activities that led to the search.

Affirmed.

Stanley H. Tibbs (argued), Fresno, Cal., for defendant-appellant.

Shelby R. Gott, Asst. U. S. Atty. (argued), Stephen G. Nelson, Asst. U. S. Atty., Harry Steward, U. S. Atty., San Diego, Cal., for plaintiff-appellee.

Before CHAMBERS and KOELSCH, Circuit Judges, and BYRNE, Senior District Judge.

PER CURIAM:

The judgment of conviction in this case of smuggling aliens into the United States is affirmed.

Without objection, the aliens brought into the United States by Dawson testified they were citizens of Mexico. Now it is argued that it is possible the persons transported were dual citizens of Mexico and of the United States.

On the facts here, we conclude that the testimony was properly received, was sufficient to support the verdict, and that it was not necessary for the government to negative all possible situations that could have impaired the status. It is noted there was no cross examination.

**UNITED STATES of America, Plaintiff and Appellee,**

v.

**Terrence DAWSON, Defendant and Appellant.**

**No. 71–2447.**

United States Court of Appeals, Ninth Circuit.

Aug. 10, 1972.